

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00299-CV

IN THE INTEREST OF T.F., T.F., AND T.F., CHILDREN

§ On Appeal from the 233rd District Court

§ of Tarrant County (233-624922-17)

§ May 9, 2019

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's July 27, 2018 order in suit affecting the parent-child relationship is reversed and the case is remanded to the trial court for further proceedings consistent with our memorandum opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel